**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1530

Jazz Casino Company, L.L.C.

- - Versus - -

Cynthia Bridges, in her capacity as the Secretary of the
Louisiana Department of Revenue, and the Louisiana
Department of Revenue

19th Judicial District Court
Case #: 597371
East Baton Rouge Parish

Consolidated with the following:

2019 - CA - 1531
JCC Fulton Development, L.L.C.
versus
Cynthia Bridges, in her capacity as the Secretary of the Louisiana Department of Revenue, and the
Louisiana Department of Revenue

2019 - CA - 1533
JCC Fulton Development, L.L.C.
versus
Tim Barfield, in his official capacity as the Acting Secretary and Executive Counsel for the
Louisiana Department of Revenue, and the Louisiana Department of Revenue

2019 - CA - 1532
Jazz Casino Company, L.L.C.
versus
Tim Barfield, in his Capacity as the Acting Secretary and Executive Counsel for the Louisiana
Department of Revenue, and the Louisiana Department of Revenue

2019 - CA - 1534
Kimberly L. Robinson, in her official capacity as Secretary of the Louisiana Department of
Revenue, and the Louisiana Department of Revenue
versus
Jazz Casino Company, L.L.C. and JCC Fulton Development, L.L.C.

On Application for Rehearing filed on 08/12/2020 by Jazz Casino Company, LLC, et al

Rehearing _____ **DENIED** _____

J. Michael McDonald

Mitchell R. Theriot

Wayne Ray Chutz

Date **SEP 0 2 2020**

Rodd Naquin, Clerk